

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-10-270-CV

ERMA FAYE PARKER,                                                    APPELLANTS
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF DEBRA
HORN, DECEASED AND AS
NEXT FRIEND OF JACOB HORN
AND VICTORIA HORN,
MINOR CHILDREN AND RONDELL
PARKER, INDIVIDUALLY

V.

MARIAMME KOLA, AND                                                   APPELLEES
ALBERTSON'S, INC.,
INDIVIDUALLY AND D/B/A
ALBERTSON'S SAV-ON PHARMACY

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]  AND JUDGMENT

----------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellants' Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: August 26, 2010